## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>ERNEST SASSO and CAROL ANN SASSO<br><br>ERNEST SASSO AND CAROL ANN SASSO,<br>    Movant<br><br>vs.<br><br>Wells Fargo Bank, N.A.,<br>    Respondent | Case No. 24-13006-amc<br>Chapter 13 |

**RESPONSE TO DEFENDANTS' PETITION TO REINSTATE BANKRUPTCY CASE IN OPPOSITION TO TRUSTEE'S MOTION TO DISMISS**

Wells Fargo Bank, N.A., (herein, "Respondent") by and through undersigned counsel, hereby responds to the Defendants' Petition to Reinstate Bankruptcy Case in Opposition to Trustee's Motion to Dismiss [Doc. 41] filed on February 3, 2025 and in support thereof, shows unto the Court as follows:

1. Admitted.

2. Denied. By way of further answer, Respondent is without knowledge or information to admit or deny the allegations set forth in Paragraph 2 strict proof is demanded at trial.

3. Denied. By way of further answer, Respondent is without knowledge or information to admit or deny the allegations set forth in Paragraph 3 strict proof is demanded at trial.

4.      Denied. By way of further answer, Respondent is without knowledge or information to admit or deny the allegations set forth in Paragraph 4 strict proof is demanded at trial.

5.      Denied. By way of further answer, Respondent is without knowledge or information to admit or deny the allegations set forth in Paragraph 5 strict proof is demanded at trial.

6.      Denied. By way of further answer, Respondent is without knowledge or information to admit or deny the allegations set forth in Paragraph 6 strict proof is demanded at trial.

7.      Denied. By way of further answer, Respondent is without knowledge or information to admit or deny the allegations set forth in Paragraph 7 strict proof is demanded at trial.

8.      Denied. By way of further answer Respondent objects to the Debtor's Motion to Reinstate the current bankruptcy case. It should be noted that since the filing date the debtor has not tendered a single mortgage payment to Respondent.  On September 20, 2024, Respondent filed a valid secured Proof of Claim (Claim No.:2) that listed pre-petition arrears in the amount of $61,124.06. The Proof of Claim included an Escrow Analysis Letter that listed a mortgage payment in the amount of $1,656.20. The debtor owes Respondent for September 2024 – February 2025 totaling $9,937.20 plus any attorney fees incurred for responding to this Motion. Respondent opposes any Order reimposing the automatic stay until the post-petition arrears are cured. Strict proof to the contrary is demanded at trial

**WHEREFORE**, Respondent respectfully requests that this Honorable Court Deny the Defendants' Petition to Reinstate Bankruptcy Case in Opposition to Trustee's Motion to Dismiss and for any other relief the Court deems just and proper.

This the 10th day of February, 2025

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Ryan Srnik, PA Bar No. 334854
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

L.B.F. 9014-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>ERNEST SASSO AND CAROL ANN SASSO<br><br>Wells Fargo Bank, N.A.,<br>    Movant<br><br>vs.<br><br>ERNEST SASSO AND CAROL ANN SASSO,<br>    Debtors | Case No. 24-13006-amc<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

      I, the undersigned, certify that on February 13, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Response to Motion to Reinstate Bankruptcy Case

      I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: <u>February 13, 2025</u>

                                                    */s/Andrew Spivack*
                                                    Andrew Spivack, PA Bar No. 84439
                                                    Matthew Fissel, PA Bar No. 314567
                                                    Mario Hanyon, PA Bar No. 203993
                                                    Ryan Starks, PA Bar No. 330002
                                                    Jay Jones, PA Bar No. 86657
                                                    Ryan Srnik, PA Bar No. 334854
                                                    Attorney for Creditor
                                                    BROCK & SCOTT, PLLC

          3825 Forrestgate Drive
          Winston Salem, NC 27103
          Telephone: (844) 856-6646
          Facsimile: (704) 369-0760
          E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Ernest Sasso, Debtor's Attorney
Lechter & Sasso, P.C.
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103
sasso@lechtersasso.com
Debtor's Attorney
Via:  ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
      ☐ Other:

Kenneth E. West,
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
Bankruptcy Trustee
Via:  ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
      ☐ Other:

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107
US Trustee
Via:  ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
      ☐ Other:

ERNEST SASSO
6 JERICHO MOUNTAIN ROAD
UPPER MAKEFIELD, PA 18940
Debtor
Via:  ☐ CM/ECF  ☒ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
      ☐ Other:

CAROL ANN SASSO
6 JERICHO MOUNTAIN ROAD
UPPER MAKEFIELD, PA 18940
Debtor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other: