UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                            Chapter 13
   Ernest Sasso

   Carol Ann Sasso
                                                 Bky. No. 24–13006-amc

   Debtors

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Ernest Sasso has filed a Petition to Reinstate Bankruptcy Case with the court in Opposition to Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **you or your attorney must file a response to the Motion.** (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on _____, at_____in Courtroom _____, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must e-mail a copy of the Response to the movant's attorney:

   Ernest Sasso, Esquire
   Lechter & Sasso, P.C.
   1845 Walnut Street, 25th Floor
   Philadelphia, PA 19103-4725
   215-564-6000 [Telephone]
   215-479-1300 [Mobile]
   215-598-0977 [Fax]
   sasso@lechtersasso.com [E-Mail Address]

Name and address of others to be served:

   See accompanying Petition to Reinstate Bankruptcy Case.

Date: March 5, 2025

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | ERNEST SASSO | : | |
|---|---|---|---|
| | CAROL ANN SASSO | : | Case No.: 24-13006-amc |
| | | : | |
| | **Debtors** | : | Chapter 13 |
| | | : | |

### DEFENDANTS' PETITION TO REINSTATE BANKRUPTCY CASE IN OPPOSITION TO TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1. This case was re-commenced by the filing of a Chapter 13 petition by Ernest Sasso, Esq., attorney *Pro Se* for the Debtors on August 28, 2024.[1]

2. A hearing in this matter was set for December 19, 2024, via Zoom. On behalf of the Court, LeeAne O. Huggins, Esq. continued the hearing to January 30, 2025 to permit the Debtors to gather the resources necessary to effect direct monthly payments to the assigned Trustee, Kenneth E. West. Ms. Huggins notified the undersigned Debtor of this arrangement via a voicemail message at 12:42 p.m. on the day prior to the originally scheduled hearing.

3. In accordance with Ms. Huggins' prior instructions, the undersigned Debtor dutifully mailed a Cashier's Check in the amount of one thousand dollars ($1,000.00), dated December 14, 2024 and payable to Trustee West at a designated Memphis, Tennessee address. This payment was drawn from the Debtor's personal account at the Creditor Wells Fargo's branch in Richboro, Pennsylvania. A true and correct copy of the Cashier's Check is attached hereto as Exhibit "A."

4. Further, and in accordance with this Court's instructions, the undersigned enrolled in the court-approved third party Trustee Pay Enrollment System ("TFS") providing for its automatic direct payments in the agreed amount of $750.00 on the second Wednesday of each month, drawn on the joint account of the Debtor and his Co-Debtor spouse and payable directly to Trustee Kenneth E. West. A true and correct copy of the Electronic Funds Transfer Agreement with TFS, designating [Wednesday] February 12, 2025 as the Date of First Payment (followed by

---

[1] Attorney Sasso has been an active member of the Pennsylvania Bar since 1981, and was admitted to the Bar of the United States District Court for the Eastern District of Pennsylvania in 1987. Attorney Sasso has also been admitted to, inter alia, the Bars of the Third Circuit Court of Appeals and the United States Supreme Court. Further, both Debtors are elderly—the undersigned Debtor is 75 and his co-debtor spouse is 80.

succeeding payments on the second Wednesday of each month), is attached hereto as Exhibit "B."

5. This proffered $750.00 direct payment of $750.00 was inexplicably rejected by TFS.

6. In contrast to previously scheduled December 19, 2024 hearing, the Debtors received no advance notice of the hearing scheduled for January 30, 2025, nor were the Debtors advised as to venue of the hearing—whether via Zoom (with appropriate sign-in information and passcode), telephonically (again, with appropriate sign-in information and passcode), or in-person at the Court.

7. The Debtors further aver that, upon information and belief, no hearing among the parties in fact was held in this matter—whether in person or via Zoom, on January 30, 2025.

8. By way of contrast, the undersigned *Pro Se* Debtor's law firm, Lechter & Sasso, P.C., represents a Creditor in an unrelated Chapter 7 Petition filed on January 3, 2025 [Bankruptcy Petition No. 25-10023-amc]. The undersigned received advance notice of the Meeting of Creditors to be held via Zoom on February 3, 2025, at 1:50 P.M. before Bankruptcy Trustee Robert W. Seitzer, along with specific log-in instructions, inclusive of the Meeting ID and Passcode. The undersigned *Pro Se* Debtor, and his law firm's partner, Lynne K. Lechter, Esq., actively participated in the short Creditors Meeting.

9. As noted in a prior pleading, the Debtors have identified all of their assets and their creditors in the documents that have been filed, and therefore have been forthcoming with the Bankruptcy Court.

10. The Debtors have not abused the purpose and spirit of bankruptcy law and have not engaged in bad faith in neither filing the instant petition, nor in inadvertently not attending the putatively scheduled January 30th hearing. The debtors further aver that their creditors Wells Fargo Bank, N.A. and Santander Consumer USA Inc. have not and will not be prejudiced by the delay.

11. Again, and by way of contrast to the Zoom hearing in the unrelated case held on February 3, 2025, the undersigned *Pro Se* Debtor and Member of this Honorable Court, received no advance notice and log-in information for the putative hearing scheduled for January 30, 2025. The undersigned *Pro Se* Debtor's counsel alleges and avers that the assigned Trustee, Kenneth E. West, has acted in bad faith in this proceeding and in contempt of this Court's Procedures against a member of the Bar of this Court, and should be removed from all further proceedings in this matter.

**WHEREFORE**, Ernest Sasso, Esq., respectfully requests that the Court rescind its Order entered on January 30, 2025, dismissing the case and vacating any previously entered wage orders and permit this matter to proceed with scheduled TFS payments to the Trustee on the second Wednesday of each month, as set forth in Exhibit B.

Respectfully submitted,

Dated: March 5, 2025

**LECHTER & SASSO, P.C.**

By: *Ernest Sasso* (signature)

Ernest Sasso, Esquire
Pennsylvania Attorney I.D. No. 34883
*Attorney Pro Se for Debtors, Ernest Sasso and Carol Ann Sasso*
Lechter & Sasso, P.C.
1845 Walnut Street, 25th Floor
Philadelphia, Pennsylvania 19103-4725
(215) 564-6000 [Telephone]
(215) 479-1300 [Mobile]
(215) 598-0977 [Fax]
sasso@lechtersasso.com [E-Mail]

**IMPORTANT - Please Read**

Outstanding cashier's checks are subject to state or territorial unclaimed property laws.

If the cashier's check is lost, stolen, or destroyed, you may request a stop payment and reissuance. A stop payment and reissuance can only be completed within a branch location. As a condition of stop payment and reissuance, Wells Fargo Bank will require an indemnity agreement. In addition, for cashier's checks over $1,000.00, the waiting period before the stop payment and reissuance of an outstanding cashier's check may be processed is 90 days (30 days in the state of Wisconsin and 91 days in the state of New York). The waiting period can be avoided with the purchase of an acceptable surety bond. This can be purchased through Wells Fargo's approved insurance carrier or through an insurance carrier of the customer's choice. The cost of a surety bond varies depending on the amount of the bond and the insurer used. Surety bonds are subject to the insurance carrier's underwriting requirements before issuance. If the surety bond is not provided, the waiting period applies.

---

Purchaser Copy - Page 2 of 2

**CASHIER'S CHECK**

Office AU #: 0067956    11-24    1210(8)
Remitter: ERNEST SASSO
Purchaser: ERNEST SASSO
Purchaser Account: xxxxxxxx1333
Operator I.D.: a897542
Funding Source: Electronic Item(s)

SERIAL #: 6795602332
ACCOUNT #: 4861-007955

December 14, 2024

PAY TO THE ORDER OF ***KENNETH E. WEST, TRUSTEE***

**One Thousand and 00/100 -US Dollars**    **$1,000.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
725 2ND STREET PIKE
RICHBORO, PA 18954
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

VOID IF OVER US $ 1,000.00

**NON-NEGOTIABLE**

---

Purchaser Copy - Page 1 of 2

**CASHIER'S CHECK**

Office AU #: 0067956    11-24    1210(8)
Remitter: ERNEST SASSO
Operator I.D.: a897542

*Handwritten:* ERNEST SASSO / CAROL ANN SASSO / BANKRUPTCY CASE NO. 24-BK-13006

6795602332

December 14, 2024

PAY TO THE ORDER OF ***KENNETH E. WEST, TRUSTEE***

**One Thousand and 00/100 -US Dollars**    **$1,000.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
725 2ND STREET PIKE
RICHBORO, PA 18954
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

VOID IF OVER US $ 1,000.00

*[signature]* CONTROLLER

⑈6795602332⑈ ⑆121000248⑆ 4861 007955⑈

# EXHIBIT B

  

 Trustee Pay Enrollment

Signature



Verification & Signature

**1 error prohibited this User from being saved**

There was a problem with the following field:
  Tos approval must be accepted

### Appointed Trustee
Kenneth E West

### Date of First Payment
02/12/2025

| | |
|---|---|
| Payment Amount: | $750.00 |
| TFS Fee: | $3.99 |
| Total Per Payment: | $753.99 |

A fee of $3.99 will be added to each payment.  If you have opted to make manual payments, no payment will be initiated until you click "Make a Manual Payment" on the dashboard after enrolling. TFS fees will applied when manual payments are initiated.

☑ I allow TFS to charge a monthly $3.99 fee to my provided bank account

### Terms of Service

## CERTIFICATE OF SERVICE

I, Ernest Sasso, Esquire, hereby certify that on March 5, 2025, a true and correct copy of the foregoing Petition to Reinstate Bankruptcy Case—inclusive of the Notice of Motion—was served via e-filing on all counsel of record:

BMO Bank N.A. Department
AIS Portfolio Services, LLC
4515 Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

BMO Bank N.A., c/o AIS Portfolio Services
4515 Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118

William E. Craig, Esq.
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034

LECHTER & SASSO, P.C.

*Ernest Sasso*

Ernest Sasso, Esquire
*Attorney Pro Se for Debtors*
*Ernest Sasso and Carol Ann Sasso*