# EXHIBIT "A"

**Ken West**

| | |
|---|---|
| From: | LeeAne Huggins |
| Sent: | Monday, March 10, 2025 12:56 PM |
| To: | Ken West |
| Subject: | FW: Chapter 13 Proof of Payment—Bankruptcy Case No, 24-bk-13006 |

From: Ernest Sasso <intltradelaw@gmail.com>
Sent: Wednesday, December 18, 2024 6:55 PM
To: LeeAne Huggins <lhuggins@ph13trustee.com>
Subject: Re: Chapter 13 Proof of Payment—Bankruptcy Case No, 24-bk-13006

Good evening Ms. Huggins,

I'm not sure, but I'll check my files and forward the appropriate documentation to Shaun Flagler tomorrow morning, with a copy to you.

Ernest Sasso

On Wed, Dec 18, 2024 at 5:24 PM LeeAne Huggins <lhuggins@ph13trustee.com> wrote:

> Good afternoon Mr. Sasso,
>
> We will continue the hearings set for tomorrow to 1/30/2025 @ 9:30 am. This should allow time for the payment to post, to give you an opportunity to make the remaining payments and to re-schedule the 341 meeting of creditors.
>
> **LeeAne O. Huggins, Esquire**
>
> **Office of the Chapter 13 Standing Trustee**
>
> **190 N. Independence Mall West**
>
> **Suite 701**
>
> **Philadelphia, PA 19106**

1

Office (215) 627-1377 ext 124

Mobile (267) 605-6056 (preferred contact)

TeamMiller@ph13trustee.com  *All AMC/PMM cases filed before 3/11/24 and new cases (filed after 3/11/24) last # ending ODD (1, 3, 5, 7 and 9)*

TeamHuggins@ph13trustee.com  *All previous MDC cases filed before 3/11/24 and new cases (filed after 3/11/24) last # ending EVEN (0, 2, 4, 6 and 8)*

341@ph13trustee.com  *341 Matters*

**From:** Ernest Sasso <intltradelaw@gmail.com>
**Sent:** Wednesday, December 18, 2024 5:10 PM
**To:** LeeAne Huggins <lhuggins@ph13trustee.com>
**Subject:** Chapter 13 Proof of Payment—Bankruptcy Case No, 24-bk-13006

You don't often get email from intltradelaw@gmail.com. Learn why this is important

Good afternoon Ms. Huggins,

As agreed, I am attaching a copy of the Cashier's Check in the amount of $1,000.00 which I mailed to Kenneth E. West, Chapter 13 Bankruptcy Trustee on Saturday, December 14, 2024, from the Newtown Post Office. Also attached is a copy of the Memphis (Tennessee) address that the check was mailed to.

Thank you for your assistance in this matter. I would appreciate it if you would kindly advise me if the hearing scheduled for tomorrow at 9:30 a.m. (via Zoom) has been continued. If it is still on, please let me know, along with the login information.

Ernest Sasso

Chapter 13 Pro Se Debtor

215-479-1300 [Mobile]

[intltradelaw@gmail.com](mailto:intltradelaw@gmail.com) [E-Mail]