IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INRE:                                                                              CHAPTER 13

ERNEST SASSO and

CAROL ANN SASSO,

           Debtors                               Bky No.24-13006 AMC

**ORDER**

AND NOW, this 13th day of March, 2025, upon consideration of the Debtors' Motion to Reinstate Case and after notice and hearing, it is hereby:

**ORDERED AND DECREED** that the Motion is **GRANTED.**

BY THE COURT:

_____
Ashely M. Chan
Chief Judge, U.S. Bankruptcy Court