**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : CHAPTER 13
ERNEST SASSO
CAROL ANN SASSO  : BANKRUPTCY NO. 24-13006 AMC

　　　　　AMC Debtor (s)

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 5/13/2025 at 10:00 AM before Honorable Chief Judge, Ashely M. Chan.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: March 18, 2025　　　　　　　　　　　　/s/Jack K. Miller, Esquire for
　　　　　　　　　　　　　　　　　　　　　　　Kenneth E. West
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee
　　　　　　　　　　　　　　　　　　　　　　　190 N. Independence Mall West
　　　　　　　　　　　　　　　　　　　　　　　Suite 701
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106