## IN THE EASTERN DISTRICT OF PENNSYLVANIA

## BANKRUPTCY COURT

IN RE:

Ernest Sasso                                          Chapter 13 No. 24-13006-AMC

And

Carol Ann Sasso

    Debtors

## ENTRY OF APPEARANCE

TO THE CLERK OF BANKRUPTCY COURT:

Kindle Enter my Appearance as Counsel for the above-referenced debtor.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: November 25, 2025 | *Michael A. Cataldo, Esquire* <br> Gellert Seitz Busenkell & Brown, LLC <br> 901 Market Street <br> Suite 3020, 3rd Floor <br> Philadelphia, PA 19107 <br> (215) 238-0015 <br> mcataldo@gsbblaw.com |